4/5/2021 Details

## Case Information

DC-21-02480 | CHERMIN LEE, et al vs. JODY VENTIMIGLIA, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-02480 | 68th District Court | HOFFMAN, MARTIN |
| File Date | Case Type | Case Status |
| 02/25/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Documents

ORIGINAL PETITION

JURY DEMAND FORM

ISSUE CITATION - JODY VENTIMIGLIA

ISSUE CITATION - CATAWBA RENTAL COMPANY

ISSUE CITATION - CABLE TRANSPORT, INC.

ISSUE CITATION - COMMSCOPE INC

EXECUTED CITATION:CABLE TRANSPORT, INC.

EXECUTED CITATION: COMMSCOPE, INC.

EXECUTED CITATION:JODY VENTIMIGLIA A/K/A JODY VENTIMIGLIA, III

EXECUTED CITATION - CATAWBA RENTAL COMPANY, INCORPORATED

ORIGINAL ANSWER - GENERAL DENIAL / CABLE TRANSPORT INC, COMMSCOPE INC & JODY VENTIMIGLIA

VACATION LETTER - CLINT COX